Vaughn A. Crawford
Nevada Bar No. 7665
Jay J. Schuttert
Nevada Bar No. 8656
Morgan T. Petrelli
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: vcrawford@swlaw.com
Email: jschuttert@swlaw.com
Email: mpetrelli@swlaw.com

Attorneys for Defendant
FORD MOTOR COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN ELLEN PRALL, | Case No: 2:14-cv-01313-MMD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| FORD MOTOR COMPANY and ROE COMPONENT PART MANUFACTURER, | |
| Defendants. | |

Plaintiff MARILYN ELLEN PRALL and Defendant FORD MOTOR COMPANY, through their respective counsel of record, hereby stipulate to dismiss specific allegations against Ford as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED that Plaintiff is neither alleging that the left wrist fracture she sustained on or about September 8, 2014 is casually related to the subject accident nor is Plaintiff seeking to recover damages related to her left wrist injuries.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's Third Claim for Relief for breach of express warranty, Plaintiff's Fourth Claim for Relief for breach of implied warranty of merchantability, and Plaintiff's Fifth Claim for Relief for breach of implied warranty of fitness for a particular purpose be dismissed with prejudice.

SNELL & WILMER L.L.P.

By: _____
Vaughn A. Crawford, NV Bar No. 7665
Jay J. Schuttert, NV Bar No. 8656
Morgan T. Petrelli, NV Bar No. 13221
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Attorneys for Defendant
Ford Motor Company

RICHARD HARRIS LAW FIRM

By: _____
Seth R. Little, NV Bar No. 10664
801 South Fourth Street
Las Vegas, NV 89101

Attorney for Plaintiff
Marilyn Ellen Prall

## ORDER

IT IS SO ORDERED.

DATED THIS 29th day of July 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT COURT