Vaughn A. Crawford
Nevada Bar No. 7665
Morgan T. Petrelli
Nevada Bar No. 13221
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: vcrawford@swlaw.com
Email: mpetrelli@swlaw.com

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN ELLEN PRALL, | Case No: 2:14-cv-01313-MMD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| FORD MOTOR COMPANY and ROE COMPONENT PART MANUFACTURER, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MARILYN ELLEN PRALL and Defendant FORD MOTOR COMPANY, by and through their respective counsel of record, that the above matter be dismissed in its entirety with prejudice. In accordance

///
///
///
///
///
///
///
///
///

with FRCP 68(a), Plaintiff accepted Ford's offer of judgment with Plaintiff to recover Five Thousand Dollars and Zero Cents ($5,000.00) from Ford, inclusive of all fees, costs and interest.

DATED this  21st  day of December, 2017.   DATED this  21st  day of December, 2017.

SNELL & WILMER L.L.P.                        RICHARD HARRIS LAW FIRM

By: /s/ Morgan T. Petrelli                   By: /s/ David J. Martin
    Vaughn A. Crawford                           David J. Martin
    Nevada Bar No. 7665                          Nevada Bar No. 9117
    Morgan T. Petrelli                           801 South Fourth Street
    Nevada Bar No. 13221                         Las Vegas, NV 89101
    3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, NV 89169                          Attorney for Plaintiff
                                                 MARILYN ELLEN PRALL
    Attorneys for Defendant
    FORD MOTOR COMPANY

**ORDER**

IT IS SO ORDERED.

DATED this  22nd  day of December, 2017.

_____
UNITED STATES DISTRICT ~~~~~ JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Morgan T. Petrelli
Vaughn A. Crawford
Nevada Bar No. 7665
Morgan T. Petrelli
Nevada Bar No. 13221
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
FORD MOTOR COMPANY

4845-5980-2705.1

- 2 -